11-CR-05247-ORD

JUDGE BENJAMIN H. SETTLE

FILED / LODGED / RECEIVED
OCT 24 2011
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> SHELLONE A. REYNOLDS, <br> Defendant. | NO. CR11-5247BHS <br><br> ORDER SEALING DEFENDANT'S SUPPLEMENTAL SENTENCING BRIEF |

The Court having considered the Motion for Order Sealing Defendant's Supplemental Sentencing Brief, attachments thereto, and Affidavit of counsel in support thereof,

NOW THEREFORE IT IS HEREBY ORDERED that the Defendant's Supplemental Sentencing Brief and any attachments thereto, and the Affidavit of counsel are to be sealed.

DONE this 24 day of October, 2011

_____
BENJAMIN H. SETTLE
UNITED STATES DISTRICT COURT JUDGE

Presented by:

/s/ *John Carpenter*
JOHN R. CARPENTER
Attorney for Defendant Shellone Reynolds

ORDER SEALING – page 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593-6710