JUDGE BENJAMIN H. SETTLE

FILED ____ LODGED
____ RECEIVED
OCT 24 2011
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR11-5247BHS |
| Plaintiff, | |
| vs. | ORDER SEALING DEFENDANT'S SENTENCING BRIEF |
| SHELLONE A. REYNOLDS, | |
| Defendant. | |

The Court having considered the Motion for Order Sealing Defendant's Sentencing Brief and attachments thereto,

NOW THEREFORE IT IS HEREBY ORDERED that the Defendant's Sentencing Memorandum and any attachments thereto, are to be sealed.

DONE this 24 day of October, 2011.

_____
BENJAMIN H. SETTLE
UNITED STATES DISTRICT COURT JUDGE

Presented by:

/s/ John Carpenter
JOHN R. CARPENTER
Attorney for Defendant

11-CR-05247-ORD

ORDER SEALING – page 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593-6710