UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SHELLONE A. REYNOLDS, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CR11-5247BHS <br><br> ORDER MODIFYING PROBATION TO ALLOW DEFENDANT TO TRAVEL TO CHILE, S.A. |

THIS MATTER having come on before the Court on defendant's Motion to temporarily modify probation terms to allow defendant to travel to Chile, S.A., and the Court having reviewed the instant motion and the records in this matter,

IT IS HEREBY ORDERED that the condition of probation which restricts defendant's travel outside the judicial district, be temporarily removed to allow defendant to travel to Chile, S.A., on one occasion, for approximately one week in June, 2013. All other conditions of probation previously set shall remain in effect.

IT IS SO ORDERED this 3rd day of May, 2013

*[signature]*
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*/s/ John Carpenter*
John R. Carpenter
Attorney for Ms. Reynolds

ORDER MODIFYING PROBATION TO ALLOW
DEFENDANT TO TRAVEL TO CHILE, S.A.
*United States v. Reynolds,* CR11-5247BHS          1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710